WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH POOLE, as Individual Assignee of Rights of RENE ARGUELLES JR., <br><br> Plaintiff, <br><br> vs. <br><br> PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio Corporation; DOES 1-10, and ROE CORPORATIONS 1-10, inclusive, <br><br> Defendants. | Case No: 2:24-cv-01981-CDS-BNW <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINE** <br> **(First Request)** <br><br> [ECF No. 10] |

### STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINE

Plaintiff Elizabeth Poole, by and through her attorneys of record, BROCK K. OHLSON PLLC, and Defendant Progressive Direct Insurance Company, by and through its attorneys of record, BARRON & PRUITT, LLP, hereby agree and stipulate to extend the deadline for Defendant Progressive Direct Insurance Company to file a Response to Plaintiff's Motion to Remand (Docket #8).

///
///
///
///
///
///
///
///

1

Plaintiff's Motion to Remand was filed on November 22, 2024, with a Response currently due December 6, 2024. Plaintiff does not oppose Defendant Progressive Direct Insurance Company's request for an extension up to and including December 13, 2024 to allow Defendant Progressive Direct Insurance Company to file a response to said motion. Additional time is needed due to time off for the Thanksgiving holiday, as well as impediments relating to Counsel's preparation and attendance for an arbitration hearing in another matter.

Dated this 6th day of December, 2024

BARRON & PRUITT, LLP

/s/ William H. Pruitt
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

Dated this 6th day of December, 2024

BROCK K. OHLSON PLLC

JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
6060 Elton Avenue
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

IT IS SO ORDERED:

Cristina D. Silva
United States District Judge

Dated: December 6, 2024