**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH POOLE, as Individual Assignee of Rights of RENE ARGUELLES JR., <br><br> Plaintiff <br><br> v. <br><br> PROGRESSIVE DIRECT INSURANCE COMPANY, <br><br> Defendant | Case No:   2:24-cv-01981-CDS-BNW <br><br> **STIPULATION AND ORDER FOR EXTENSTION OF TIME FOR FILING OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** <br><br> [ECF No. 26] |

Defendant PROGRESSIVE DIRECT INSURANCE COMPANY, and Plaintiff ELIZABETH POOLE, through their respective counsel, stipulate and agree as follows:

On May 22, 2025, Defendant filed a Motion for Summary Judgment ("Motion") [ECF #25]. Plaintiff's Opposition to the Motion is currently due on June 12, 2025.

Defendant is still in the process of reviewing the complete claims file, preparatory to production of the same. Plaintiff has requested such documents and sufficient time to review the same prior to completing her opposition to Defendant's Motion. As such, the parties have agreed to a 30 day extension for Plaintiff to file her Opposition to the Motion. The new due date for the Opposition will be July 14, 2025.

This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the first request to extend the deadline for Plaintiff to file an Opposition to Defendant's Motion for Summary Judgment.

| | |
|---|---|
| DATED: June 10, 2025 | DATED: June 9, 2025 |
| **OHLSON CORNE LLO** | **BARRON & PRUITT, LLP** |
| By: */s/Justin A. Corne* | By: */s/ William H. Pruitt* |
| JUSTIN A. CORNE, ESQ. | WILLIAM H. PRUITT, ESQ. |
| Nevada Bar No. 14504 | Nevada Bar No. 6783 |
| 6060 Elton Avenue | 3890 West Ann Road |
| Las Vegas, Nevada 89107 | North Las Vegas, Nevada 89031 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 10, 2025

2