1  **WILLIAM H. PRUITT, ESQ.**
   Nevada Bar No. 6783
2  **JOSEPH R. MESERVY, ESQ.**
   Nevada Bar No. 14088
3  **BARRON & PRUITT, LLP**
   3890 West Ann Road
4  North Las Vegas, Nevada 89031
   Telephone: (702) 870-3940
5  Facsimile:  (702) 870-3950
   E-Mail: bpruitt@lvnvlaw.com
6  *Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH POOLE, as Individual Assignee of Rights of RENE ARGUELLES JR., <br><br> Plaintiff, <br><br> v. <br><br> PROGRESSIVE DIRECT INSURANCE COMPANY, <br><br> Defendant | Case No: 2:24-cv-01981-CDS-BNW <br><br> **STIPULATION AND ORDER FOR EXTENSTION OF TIME FOR FILING OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Second Request)** <br><br> [ECF No. 28] |

Defendant PROGRESSIVE DIRECT INSURANCE COMPANY, and Plaintiff ELIZABETH POOLE, through their respective counsel, stipulate and agree as follows:

On May 22, 2025, Defendant filed a Motion for Summary Judgment ("Motion") [ECF #25]. Plaintiff's Opposition to the Motion is currently due on July 14, 2025.

Defendant is still in the process of reviewing the complete claims file, preparatory to production of the same. Production of these documents has been delayed due to lead counsel for Defendant Progressive having been in trial in another matter.  Plaintiff has requested such documents and sufficient time to review the same prior to completing her opposition to Defendant's Motion. As such, the parties have agreed to a 45 day extension for Plaintiff to file her Opposition to the Motion. The new due date for the Opposition will be August 28, 2025.

///

This Stipulation is submitted in good faith and is not interposed for purposes of delay.  This is the second request to extend the deadline for Plaintiff to file an Opposition to Defendant's Motion for Summary Judgment.

DATED: June ___, 2025                                              DATED: June 26, 2025

**OHLSON CORNE LLP**                                           **BARRON & PRUITT, LLP**

By:  */s/ Justin A. Corne*   .                                   By:  */s/ William H. Pruitt*
    JUSTIN A. CORNE, ESQ.                                        WILLIAM H. PRUITT, ESQ.
    Nevada Bar No. 14504                                          Nevada Bar No. 6783
    6060 Elton Avenue                                              3890 West Ann Road
    Las Vegas, Nevada 89107                                    North Las Vegas, Nevada 89031
    *Attorneys for Plaintiff*                                         *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED  June 30, 2025

2