**SAO**
BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
**OHLSON CORNE LLP**
10100 W. Charleston Blvd., Ste. 110
Las Vegas, NV  89135
(702) 982-0055 Phone
(702) 982-0150 Fax
EFILE@INJURED.VEGAS
*Attorneys for Plaintiff(s)*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH POOLE, as Individual Assignee of Rights of RENE ARGUELLES, JR.;,<br><br>Plaintiffs<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio Corporation; DOES 1 - 10, and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-01981-CDS-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR FILING OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>**(Fourth Request)**<br><br>[ECF No. 39] |

Plaintiff ELIZABETH POOLE, and Defendant PROGRESSIVE DIRECT INSURANCE COMPANY, by and through their respective counsel, stipulate and agree as follows:

On May 22, 2025, Defendant filed a Motion for Summary Judgment ("Motion") [ECF #25]. Plaintiff's Opposition to the Motion is currently due October 17, 2025. Defendant is still in the process of reviewing the complete claims file in anticipation of production of the same. Production of these documents has been delayed due to lead counsel for Defendant Progressive having been in trial then mediation in another matter. Plaintiff has requested such documents in written discovery. The parties Stipulated Protective Order was filed September 12, 2025, and Defense Counsel anticipates the documents will be produced later this week. Plaintiff needs sufficient time to review

the same prior to completing her Opposition to Defendant's Motion for Summary Judgment. As such, the parties have agreed to a 45-day extension for Plaintiff to file her Opposition to the Motion. The new due date for the Opposition will be Monday, December 1, 2025.

This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the third request to extend the deadline for Plaintiff to file an Opposition to Defendant's Motion for Summary Judgment.

**IT IS SO STIPULATED.**

DATED this 13th day of October, 2025.  
**OHLSON CORNE LLP**

*/s/ Justin A. Corne*
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
10100 W. Charleston Blvd., Ste. 110
Las Vegas, NV 89135
*Attorneys for Plaintiff(s)*

DATED this 13th day of October, 2025.  
**BARRON & PRUITT, LLP**

*/s/ Willaim H. Pruitt*
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

## ORDER

UPON STIPULATION OF THE PARTIES and with good cause on the merits therefore, Plaintiff's Opposition to Defendant's Motion for Summary Judgment is due Monday, December 1, 2025.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 15, 2025