**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH POOLE, as Individual Assignee of Rights of RENE ARGUELLES JR., <br><br> Plaintiff, <br><br> vs. <br><br> PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio Corporation; DOES 1-10, and ROE CORPORATIONS 1-10, inclusive, <br><br> Defendants. | Case No:   2:24-cv-01981-CDS-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** <br> **(First Request)** <br><br> [ECF No. 44] |

Plaintiff Elizabeth Poole, by and through her attorneys of record, BROCK K. OHLSON PLLC, and Defendant Progressive Direct Insurance Company, by and through its attorneys of record, BARRON & PRUITT, LLP, hereby agree and stipulate to extend the deadline for Defendant Progressive Direct Insurance Company to file its Reply in Support of Defendant's Motion for Summary Judgment (Docket #25).

///
///
///
///
///
///
///
///

Defendant's Motion for Summary Judgment was filed on May 22, 2025. Plaintiff filed her Opposition to said motion on November 7, 2025. Defendant's Reply is currently due November 21, 2025. Additional time is needed as counsel for Defendant has been engaged with a 2-week trial in another matter, which has recently completed. As such, the parties have agreed to a 2-week extension, through December 5, 2025, for Defendant to file its reply brief.

| | |
|---|---|
| Dated this 20th day of November, 2025 | Dated this 21st day of November, 2025 |
| BARRON & PRUITT, LLP | OHLSON CORNE LLP |
| /s/ *William H. Pruitt* | /s/ *Brock K. Ohlson* |
| WILLIAM H. PRUITT, ESQ.<br>Nevada Bar No. 6783<br>3890 West Ann Road<br>North Las Vegas, Nevada 89031<br>*Attorneys for Defendant* | BROCK K. OHLSON, ESQ.<br>Nevada Bar No. 14504<br>10100 West Charleston Blvd., Suite 110<br>Las Vegas, Nevada 89135<br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 2, 2025

2