WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH POOLE, as Individual Assignee of Rights of RENE ARGUELLES JR.,<br><br>Plaintiff<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio Corporation; DOES 1-10, and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendant | Case No: 2:24-cv-01981-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br>**(Second Request)**<br><br>[ECF No. 46] |

Plaintiff Elizabeth Poole, by and through her attorneys of record, OHLSON CORNE LLP, and Defendant Progressive Direct Insurance Company, by and through its attorneys of record, BARRON & PRUITT, LLP, hereby agree and stipulate to extend the deadline for Defendant Progressive Direct Insurance Company to file its Reply in Support of Defendant's Motion for Summary Judgment (Docket #25).

///
///
///
///
///
///
///
///

Defendant's Motion for Summary Judgment was filed on May 22, 2025. Plaintiff filed her Opposition to said motion on November 7, 2025. On December 2, 2025, the Parties filed a Stipulation and Order to extend the deadline for Defendant to file its reply in support of the motion for summary judgment to December 5, 2025 (Docket #45). Additional time is needed as counsel for Defendant had been ill over the Thanksgiving Holiday and has recently returned to the office. As such, the parties have agreed to an additional 1-week extension, through December 12, 2025, for Defendant to file its reply brief.

Dated this 5th day of December, 2025

BARRON & PRUITT, LLP

/s/ *William H. Pruitt*
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

Dated this 5th day of December, 2025

OHLSON CORNE LLP

/s/ *Justin Corne*
JUSTIN CORNE, ESQ.
Nevada Bar No. 14504
10100 West Charleston Blvd., Suite 110
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED:  December 8, 2025