**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH POOLE, as Individual Assignee of Rights of RENE ARGUELLES JR., <br><br> Plaintiff, <br><br> vs. <br><br> PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio Corporation; DOES 1-10, and ROE CORPORATIONS 1-10, inclusive, <br><br> Defendants. | Case No:    2:24-cv-01981-CDS-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL UNREDACTED CLAIMS NOTS FROM DEFENDANT PROGRESSIVE AND THE UNREDACTED FILE FROM KEATING LAW GROUP** <br> **(First Request)** |

Defendant Progressive Direct Insurance Company, by and through its attorneys of record, BARRON & PRUITT, LLP, and Plaintiff Elizabeth Poole, by and through her attorneys of record, OHLSON CORNE LLP, hereby agree and stipulate to extend the deadline for Defendant Progressive Direct Insurance Company to file a Response to Plaintiff's Motion to Compel Unredacted Claims Notes from Defendant Progressive and the Unredacted File from Keating Law Group (Docket #52).

///

///

///

///

///

///

///

///

1

Plaintiff's Motion to Compel was filed on February 5, 2026, with a Response currently due by February 19, 2026. Plaintiff does not oppose Defendant Progressive Direct Insurance Company's request for an extension up to and including March 5, 2026 to allow Defendant Progressive Direct Insurance Company to file a response to said motion. Additional time is needed as Defendant's counsel, William H. Pruitt, Esq., experienced a sudden medical event that has required hospitalization for treatment, and which has interfered with his ability to work on the Response to Plaintiff's Motion.

Dated this 19th day of February, 2026

BARRON & PRUITT, LLP


/s/ *Joseph R, Meservy*
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

Dated this 19th day of February, 2026

OHLSON CORNE LLP


/s/ *Justin A. Corne*
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
10100 West Charleston Blvd., Suite 110
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*


**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE


DATED:  February 20, 2026

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950