**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH POOLE, as Individual Assignee of Rights of RENE ARGUELLES JR.,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio Corporation; DOES 1-10, and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | Case No:      2:24-cv-01981-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL UNREDACTED CLAIMS NOTES FROM DEFENDANT PROGRESSIVE AND THE UNREDACTED FILE FROM KEATING LAW GROUP**<br>**(Second Request)** |

Defendant Progressive Direct Insurance Company, by and through its attorneys of record, BARRON & PRUITT, LLP, and Plaintiff Elizabeth Poole, by and through her attorneys of record, OHLSON CORNE LLP, hereby agree and stipulate to extend the deadline for Defendant Progressive Direct Insurance Company to file a Response to Plaintiff's Motion to Compel Unredacted Claims Notes from Defendant Progressive and the Unredacted File from Keating Law Group (Docket #52).

///
///
///
///
///
///
///
///

1

Plaintiff's Motion to Compel was filed on February 5, 2026, with a Response originally due by February 19, 2026. On February 20, 2026, the Court entered an order extending the due date for Defendant's Opposition to March 5, 2026. Additional time is needed as Defendant's counsel, William H. Pruitt, Esq., experienced a sudden medical event that has required two hospitalizations for treatment and time for recovery, and which has interfered with his ability to work on the Opposition to said motion. Plaintiff does not oppose Defendant Progressive Direct Insurance Company's request for an extension, up to and including March 19, 2026, to allow Defendant Progressive Direct Insurance Company to file a response to said motion.

Dated this 5th day of March, 2026

BARRON & PRUITT, LLP


 /s/ *William H. Pruitt*_____
WILLIAM H. PRUITT, ESQ.
 Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

Dated this 5th day of March, 2026

OHLSON CORNE LLP


*/s/ Justin A. Corne*____ _____
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
10100 West Charleston Blvd., Suite 110
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*


**IT IS SO ORDERED**

_____
UNITED STATES MAGSITRATE JUDGE

DATED:    March 6, 2026

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950