**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH POOLE, as Individual Assignee of Rights of RENE ARGUELLES, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio Corporation; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | Case No:    2:24-cv-01981-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br>**(Fourth Request)** |

Defendant PROGRESSIVE DIRECT INSURANCE COMPANY and Plaintiff ELIZABETH POOLE, through their respective counsel, submit the foregoing stipulation and order to extend discovery deadlines pursuant to LR 26-4 as follows:

1. Summary of Discovery Completed

To date, the following discovery has been completed in this case:

| Item | Date Completed |
|---|---|
| Plaintiff's Initial Rule 26(a) Disclosures | 04/03/2025 |
| Plaintiff's First Set of Requests for Admission, Requests for Production and Interrogatories to Defendant | 05/28/2025 |
| Defendant's Initial Rule 26(a) Disclosures | 07/03/2025 |
| Defendant's Answers to Plaintiff's First Set of Requests for Admission, Request for Production and Interrogatories | 07/25/2025 |
| Defendant's First Supplemental Rule 26(a) Disclosures | 10/16/2025 |

1

| Item | Date Completed |
|------|----------------|
| Defendant's First Supplemental Rule 26(a) Disclosures | 10/24/2025 |
| Plaintiff's Initial Designation of Expert Witnesses | 10/24/2025 |
| Plaintiff's Second Set of Requests for Production to Defendant | 12/05/2025 |
| Defendant's Second Supplemental Rule 26(a) Disclosures | 12/12/2025 |
| Defendant's Responses to Plaintiff's Second Set of Requests for Production | 01/05/2026 |
| Plaintiff's Subpoena Duces Tecum to Keating Law Group | 01/06/2026 |
| Plaintiff's Second Set of Requests for Admission to Defendant | 01/07/2026 |
| Defendant's First Set of Requests for Admission and Interrogatories to Plaintiff | 01/17/2026 |
| Defendant's Second Supplemental Rule 26(a) Disclosures | 01/23/2026 |
| Defendant's Answers to Plaintiff's Second Set of Requests for Admission | 02/06/2026 |
| Plaintiff's Answers to Defendant's Interrogatories and Requests for Admission | 02/17/2026 |

2. <u>Discovery Remaining</u>

The following discovery remains to be completed:

    a) The deposition of Rene Arguelles is scheduled for April 13, 2026;

    b) Additional Written Discovery;

    c) Deposition of Person(s) Most Knowledgeable for Defendant;

    d) Deposition(s) of percipient witnesses;

    e) Disclosure of expert witnesses;

    f) Deposition(s) all expert witnesses; and

    g) Any additional discovery permissible pursuant to the rules of civil procedure and applicable scheduling order.

///

///

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

3. <u>Reason Why Discovery Was Not Completed</u>

Discovery in this matter is currently scheduled to close on June 26, 2026 with initial expert disclosures currently due by April 27, 2026. Although discovery has diligently progressed since the Scheduling Order was filed on January 29, 2025, discovery has been delayed as Defendant's counsel, William H. Pruitt, Esq., experienced a sudden medical event that has required two hospitalizations for treatment and time for recovery, and which has interfered with his ability to work.

Further, the parties continue to work on issues related to the production of the file from the Keating Law Group, documents from the Progressive claims file and production of related documents regarding Progressive's claim standards. Additionally, Plaintiff has filed a Motion to Compel documents that Defendant believes are privileged. Once the court has ruled on the pending motions, any additional documents that are produced will need to be reviewed by the parties' experts prior to the experts issuing reports. Based on the foregoing, the parties have agreed to a 60-day extension of the current discovery deadlines. As such, the parties believe that good cause exists to warrant extending the discovery deadlines and hereby request a 60-day extension of such deadlines, as well as the deadlines for dispositive motions and the filing of a joint pre-trial order.

4. <u>Proposed Schedule for Completing Discovery</u>

Accordingly, the parties respectfully request that this Court enter an order setting the following discovery plan and scheduling order dates:

| Event | Former Deadline | New Deadline |
|---|---|---|
| Amend pleadings or add parties | March 27, 2026 | May 26, 2026 |
| Expert Disclosures | April 27, 2026 | June 26, 2026 |
| Rebuttal Expert Disclosures | May 29, 2026 | July 28, 2026 |
| Discovery Cut-off | June 26, 2026 | August 25, 2026 |
| Dispositive Motions | July 24, 2026 | September 22, 2026 |
| Joint Pre-Trial Order | August 24, 2026 | October 23, 2026 |

///

///

///

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

Counsel further state that the requested extension of discovery and post-discovery deadlines is not interposed for purposes of delay, but rather for the purposes set forth above.

DATED: March 5, 2026                                    DATED: March 5, 2026

**OHLSON CORNE LLP**                            **BARRON & PRUITT, LLP**

By:  _/s/Justin A. Corne_ _                      By:  __/s/ William H. Pruitt_ _
     BROCK K. OHLSON, ESQ.                          WILLIAM H. PRUITT, ESQ.
     Nevada Bar No. 12262                           Nevada Bar No. 6783
     JUSTIN A. CORNE, ESQ.                           JOSEPH R. MESERVY, ESQ.
     Nevada Bar No. 14504                           Nevada Bar. No. 14088
     10100 West Charleston Blvd., Suite 110          3890 West Ann Road
     Las Vegas, NV 89135                            North Las Vegas, Nevada 89031
     *Attorneys for Plaintiff*                       *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE       .

DATED:__ March 6, 2026 _____

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950