WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH POOLE, as Individual Assignee of Rights of RENE ARGUELLES JR., <br><br> Plaintiff, <br><br> vs. <br><br> PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio Corporation; DOES 1-10, and ROE CORPORATIONS 1-10, inclusive, <br><br> Defendants. | Case No:      2:24-cv-01981-CDS-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL UNREDACTED CLAIMS NOTES FROM DEFENDANT PROGRESSIVE AND THE UNREDACTED FILE FROM KEATING LAW GROUP** <br> **(Third Request)** |

Defendant Progressive Direct Insurance Company, by and through its attorneys of record, BARRON & PRUITT, LLP, and Plaintiff Elizabeth Poole, by and through her attorneys of record, OHLSON CORNE LLP, hereby agree and stipulate to extend the deadline for Defendant Progressive Direct Insurance Company to file a Response to Plaintiff's Motion to Compel Unredacted Claims Notes from Defendant Progressive and the Unredacted File from Keating Law Group (Docket #52).

///

///

///

///

///

///

///

///

1

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

Plaintiff's Motion to Compel was filed on February 5, 2026, with a Response originally due by February 19, 2026. On March 6, 2026, the Court entered an order extending the due date for Defendant's Opposition to March 19, 2026. Additional time is needed as Defendant's counsel, William H. Pruitt, Esq., experienced a sudden medical event that has required two hospitalizations for treatment and time for recovery, and which has interfered with his ability to work on the Opposition to said motion. Plaintiff does not oppose Defendant Progressive Direct Insurance Company's request for an extension, up to and including March 24, 2026, to allow Defendant Progressive Direct Insurance Company to file a response to said motion.

Dated this 19th day of March, 2026

BARRON & PRUITT, LLP

/s/ *William H. Pruitt*
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

Dated this 19th day of March, 2026

OHLSON CORNE LLP

/s/ *Justin A. Corne*
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
10100 West Charleston Blvd., Suite 110
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

**IT IS SO ORDERED**

UNITED STATES MAGISTRATE JUDGE·

DATED:    March 20, 2026

2

| From: | Justin Corne |
|---|---|
| To: | Allysa Chua |
| Cc: | Laura Bolduc; Jasmin Stewart; Bill Pruitt; MaryAnn Dillard |
| Subject: | RE: Poole v. Progressive; Extension for Opp. to Pff's Motion to Compel |
| Date: | Thursday, March 19, 2026 4:14:19 PM |
| Attachments: | image001.png |

You can submit with my signature

Best regards,

Justin Corne, Esq.
Ohlson Corne LLP

We have moved:
10100 W. Charleston Blvd.
Suite 110
Las Vegas, Nevada 89135
702.982.0055 Phone
702.982.0150 Fax
702.850.2441 Direct
702.302.7600 Mobile
justin@injured.vegas

**Confidentiality Notice**: This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any error of transmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

**If you have received this e-mail in error, please immediately:** (1) notify the sender by reply e-mail; (2) call our office at (702) 982-0055 to inform the sender of the error; and (3) destroy all copies of the original message, including ones on your computer system and all drives.

**From:** Allysa Chua <AChua@lvnvlaw.com>
**Sent:** Thursday, March 19, 2026 4:09 PM
**To:** Justin Corne <Justin@injured.vegas>
**Cc:** Laura Bolduc <laura@injured.vegas>; Jasmin Stewart <Jasmin@injured.vegas>; Bill Pruitt <BPruitt@lvnvlaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>
**Subject:** RE: Poole v. Progressive; Extension for Opp. to Pff's Motion to Compel
**Importance:** High

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

Please see the stipulation here, please let me know if I have authority to affix your e-signature, thanks!

Best,
**Allyssa Chua|Paralegal**
barronpruitt.com|AChua@lvnvlaw.com
p 702.870.3940|f 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031

**From:** Justin Corne <Justin@injured.vegas>
**Sent:** Thursday, March 19, 2026 8:39 AM
**To:** Allysa Chua <AChua@lvnvlaw.com>
**Cc:** Laura Bolduc <laura@injured.vegas>; Jasmin Stewart <Jasmin@injured.vegas>; Bill Pruitt <BPruitt@lvnvlaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>
**Subject:** RE: Poole v. Progressive; Extension for Opp. to Pff's Motion to Compel

Yes, that is fine.
If bill thinks we need a stipulation on file, feel free to send it over.

Best regards,

Justin Corne, Esq.
Ohlson Corne LLP

We have moved:
10100 W. Charleston Blvd.
Suite 110
Las Vegas, Nevada 89135
702.982.0055 Phone
702.982.0150 Fax
702.850.2441 Direct
702.302.7600 Mobile
justin@injured.vegas

**Confidentiality Notice:** This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any error of transmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

**If you have received this e-mail in error, please immediately:** (1) notify the sender by reply e-mail; (2) call our office at (702) 982-0055 to inform the sender of the error; and (3) destroy all copies of the original message,

including ones on your computer system and all drives.

**From:** Allysa Chua <AChua@lvnvlaw.com>
**Sent:** Wednesday, March 18, 2026 12:39 PM
**To:** Justin Corne <Justin@injured.vegas>
**Cc:** Laura Bolduc <laura@injured.vegas>; Jasmin Stewart <Jasmin@injured.vegas>; Bill Pruitt <BPruitt@lvnvlaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>
**Subject:** RE: Poole v. Progressive; Extension for Opp. to Pff's Motion to Compel

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon, Counsel:

We would like to request for an extension until Tuesday for the Opposition to Plaintiff's Motion to Compel. This will make the new due date: Mar. 24, 2026. Please advise if this is agreeable, thank you.

Best,
**Allyssa Chua|Paralegal**
barronpruitt.com|AChua@lvnvlaw.com
p 702.870.3940|f 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031

**From:** MaryAnn Dillard <MDillard@lvnvlaw.com>
**Sent:** Thursday, March 5, 2026 1:33 PM
**To:** 'Justin Corne' <Justin@injured.vegas>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Laura Bolduc <laura@injured.vegas>; Jasmin Stewart <Jasmin@injured.vegas>
**Subject:** RE: Poole v. Progressive | Corr. regarding outstanding production of evidence

Thanks!

**MaryAnn Dillard|Paralegal**
barronpruitt.com|mdillard@lvnvlaw.com
p 702.870.3940|f 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031
Barron & Pruitt, LLP

**From:** Justin Corne [mailto:Justin@injured.vegas]
**Sent:** Thursday, March 5, 2026 1:16 PM
**To:** MaryAnn Dillard <MDillard@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Laura Bolduc <laura@injured.vegas>; Jasmin Stewart <Jasmin@injured.vegas>
**Subject:** RE: Poole v. Progressive | Corr. regarding outstanding production of evidence

You can submit both SAOs (Extension on Opposition deadline and Extension on discovery deadlines) with my e-signature.

Best regards,

Justin Corne, Esq.
Ohlson Corne LLP

We have moved:
10100 W. Charleston Blvd.
Suite 110
Las Vegas, Nevada 89135
702.982.0055 Phone
702.982.0150 Fax
702.850.2441 Direct
702.302.7600 Mobile
justin@injured.vegas

**Confidentiality Notice**: This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any error of transmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

**If you have received this e-mail in error, please immediately:** (1) notify the sender by reply e-mail; (2) call our office at (702) 982-0055 to inform the sender of the error; and (3) destroy all copies of the original message, including ones on your computer system and all drives.

**From:** MaryAnn Dillard <MDillard@lvnvlaw.com>
**Sent:** Thursday, March 5, 2026 11:23 AM
**To:** Justin Corne <Justin@injured.vegas>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Laura Bolduc <laura@injured.vegas>; Jasmin Stewart <Jasmin@injured.vegas>
**Subject:** RE: Poole v. Progressive | Corr. regarding outstanding production of evidence

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Here are the SAOs for your review. Let me know if there are any changes. If there are no changes, please let me know if I have permission to use your e-signature on the documents. Thanks,

**MaryAnn Dillard|Paralegal**
barronpruitt.com|mdillard@lvnvlaw.com
p 702.870.3940|f 702.870.3950

3890 West Ann Road
North Las Vegas NV 89031
Barron & Pruitt, LLP

**From:** Justin Corne [mailto:Justin@injured.vegas]
**Sent:** Tuesday, March 3, 2026 5:22 PM
**To:** MaryAnn Dillard <MDillard@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Laura Bolduc <laura@injured.vegas>; Jasmin Stewart <Jasmin@injured.vegas>
**Subject:** RE: Poole v. Progressive | Corr. regarding outstanding production of evidence

Yes to the extension, and yes to extending discovery deadlines.

Best regards,

Justin Corne, Esq.
Ohlson Corne LLP

We have moved:
10100 W. Charleston Blvd.
Suite 110
Las Vegas, Nevada 89135
702.982.0055 Phone
702.982.0150 Fax
702.850.2441 Direct
702.302.7600 Mobile
justin@injured.vegas

**Confidentiality Notice**: This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any error of transmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

**If you have received this e-mail in error, please immediately:** (1) notify the sender by reply e-mail; (2) call our office at (702) 982-0055 to inform the sender of the error; and (3) destroy all copies of the original message, including ones on your computer system and all drives.

**From:** MaryAnn Dillard <MDillard@lvnvlaw.com>
**Sent:** Tuesday, March 3, 2026 5:04 PM
**To:** Justin Corne <Justin@injured.vegas>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Laura Bolduc <laura@injured.vegas>; Jasmin Stewart <Jasmin@injured.vegas>
**Subject:** RE: Poole v. Progressive | Corr. regarding outstanding production of evidence

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you

recognize the sender and know the content is safe.

Mr. Corne: Bill would like to request an additional 2 week extension for the opposition to Plaintiff's motion to compel in this matter.  Let me know if you would also like to move out the discovery deadlines.

If you are in agreement, I will prepare and circulate stipulations to extend.

Let me know if there are any questions.  Thanks,

**MaryAnn Dillard|Paralegal**
barronpruitt.com|mdillard@lvnvlaw.com
p 702.870.3940|f 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031
Barron & Pruitt, LLP

**From:** Justin Corne [mailto:Justin@injured.vegas]
**Sent:** Thursday, February 19, 2026 10:39 AM
**To:** MaryAnn Dillard <MDillard@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Laura Bolduc <laura@injured.vegas>; Jasmin Stewart <Jasmin@injured.vegas>
**Subject:** RE: Poole v. Progressive | Corr. regarding outstanding production of evidence

You can submit the SAO to extend the Opp deadline with my e-signature.

Let me know if Bill needs more time.

Best regards,

Justin Corne, Esq.
Ohlson Corne LLP

We have moved:
10100 W. Charleston Blvd.
Suite 110
Las Vegas, Nevada 89135
702.982.0055 Phone
702.982.0150 Fax
702.850.2441 Direct
702.302.7600 Mobile
justin@injured.vegas

**Confidentiality Notice**:  This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any error of transmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or

indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

**If you have received this e-mail in error, please immediately:** (1) notify the sender by reply e-mail; (2) call our office at (702) 982-0055 to inform the sender of the error; and (3) destroy all copies of the original message, including ones on your computer system and all drives.

**From:** MaryAnn Dillard <MDillard@lvnvlaw.com>
**Sent:** Thursday, February 19, 2026 9:49 AM
**To:** Justin Corne <Justin@injured.vegas>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Laura Bolduc <laura@injured.vegas>; Jasmin Stewart <Jasmin@injured.vegas>
**Subject:** RE: Poole v. Progressive | Corr. regarding outstanding production of evidence

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks. Please find attached the proposed SAO to extend. Let me know if you have any suggested changes. If there are no changes, please sign and return or let me know if I have permission to use your e-signature on the document. Thanks,

**MaryAnn Dillard|Paralegal**
barronpruitt.com|mdillard@lvnvlaw.com
p 702.870.3940|f 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031
Barron & Pruitt, LLP

**From:** Justin Corne [mailto:Justin@injured.vegas]
**Sent:** Thursday, February 19, 2026 8:59 AM
**To:** MaryAnn Dillard <MDillard@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Laura Bolduc <laura@injured.vegas>; Jasmin Stewart <Jasmin@injured.vegas>
**Subject:** RE: Poole v. Progressive | Corr. regarding outstanding production of evidence

Good morning,

Yes, we are agreeable. Please include in the SAO extending the opposition deadline a brief note explaining the reason for the continuance, so that if we need to extend discovery again later, we can reference this extension and the delay in the MTC being heard as justification. A single sentence should be sufficient—no need for much detail.

Additionally, if the medical emergency requires another extension in the coming weeks, having this minimal reference in the SAO will already account for that possibility.

Best regards,

Justin Corne, Esq.
Ohlson Corne LLP

We have moved:
10100 W. Charleston Blvd.
Suite 110
Las Vegas, Nevada 89135
702.982.0055 Phone
702.982.0150 Fax
702.850.2441 Direct
702.302.7600 Mobile
justin@injured.vegas

**Confidentiality Notice**:  This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any error of transmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

**If you have received this e-mail in error, please immediately:** (1) notify the sender by reply e-mail; (2) call our office at (702) 982-0055 to inform the sender of the error; and (3) destroy all copies of the original message, including ones on your computer system and all drives.

**From:** MaryAnn Dillard <MDillard@lvnvlaw.com>
**Sent:** Thursday, February 19, 2026 8:50 AM
**To:** Justin Corne <Justin@injured.vegas>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Laura Bolduc <laura@injured.vegas>; Jasmin Stewart <Jasmin@injured.vegas>
**Subject:** RE: Poole v. Progressive | Corr. regarding outstanding production of evidence

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Following up on this request.  Please let me know as soon as possible if you agree to an extension on the opposition to the motion to compel that is due today.  Mr. Pruitt has been out of the office due to a medical emergency.

Thanks,

**MaryAnn Dillard|Paralegal**
barronpruitt.com|mdillard@lvnvlaw.com
p 702.870.3940|f 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031
Barron & Pruitt, LLP

**From:** MaryAnn Dillard
**Sent:** Wednesday, February 18, 2026 11:12 AM
**To:** 'Justin Corne' <Justin@injured.vegas>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** 'Laura Bolduc' <laura@injured.vegas>; 'Jasmin Stewart' <Jasmin@injured.vegas>
**Subject:** RE: Poole v. Progressive | Corr. regarding outstanding production of evidence

Mr. Corne: Bill is unexpectedly out of the office this week due to a medical emergency.  The opposition to Plaintiff's Motion to Compel is currently due tomorrow.  Bill would like to request a 2 week extension on this deadline.  Please let me know if you are in agreement with this extension and I will circulate a SAO to extend.

Let me know if there are any questions.  Thanks,

**MaryAnn Dillard|Paralegal**
barronpruitt.com|mdillard@lvnvlaw.com
p 702.870.3940|f 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031
Barron & Pruitt, LLP

**From:** MaryAnn Dillard
**Sent:** Monday, February 2, 2026 10:21 AM
**To:** 'Justin Corne' <Justin@injured.vegas>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** 'Laura Bolduc' <laura@injured.vegas>; 'Jasmin Stewart' <Jasmin@injured.vegas>
**Subject:** RE: Poole v. Progressive | Corr. regarding outstanding production of evidence

Mr. Corne: Bill asked me to reach out and apologize for the delay is getting a letter to you regarding Progressive's assertion of its attorney-client privilege in this matter.  He should have that correspondence over to very soon.

Let me know if there are any questions.  Thanks,

**MaryAnn Dillard|Paralegal**
barronpruitt.com|mdillard@lvnvlaw.com
p 702.870.3940|f 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031
Barron & Pruitt, LLP

**From:** MaryAnn Dillard
**Sent:** Friday, January 23, 2026 9:57 AM
**To:** 'Justin Corne' <Justin@injured.vegas>; Joseph Meservy <JMeservy@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>

**Cc:** Allysa Chua <AChua@lvnvlaw.com>; Laura Bolduc <laura@injured.vegas>; Jasmin Stewart <Jasmin@injured.vegas>

**Subject:** RE: Poole v. Progressive | Corr. regarding outstanding production of evidence

Will do. Thanks,

**MaryAnn Dillard|Paralegal**
barronpruitt.com|mdillard@lvnvlaw.com
p 702.870.3940|f 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031

Barron & Pruitt, LLP

**From:** Justin Corne [mailto:Justin@injured.vegas]
**Sent:** Friday, January 23, 2026 9:58 AM
**To:** MaryAnn Dillard <MDillard@lvnvlaw.com>; Joseph Meservy <JMeservy@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Allysa Chua <AChua@lvnvlaw.com>; Laura Bolduc <laura@injured.vegas>; Jasmin Stewart <Jasmin@injured.vegas>
**Subject:** RE: Poole v. Progressive | Corr. regarding outstanding production of evidence

Have him dial my direct line: 702-850-2441

Best regards,

Justin

JUSTIN CORNE, ESQ.
OHLSON CORNE LLP

WE HAVE MOVED:
10100 W. CHARLESTON BLVD.
SUITE 110
LAS VEGAS, NEVADA 89135
702.982.0055 PHONE
702.982.0150 FAX
702.302.7600 MOBILE
JUSTIN@INJURED.VEGAS

**Confidentiality Notice:** This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any error of transmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient.

Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

**If you have received this e-mail in error, please immediately:** (1) notify the sender by reply e-mail; (2) call our office at (702) 982-0055 to inform the sender of the error; and (3) destroy all copies of the original message, including ones on your computer system and all drives.

**From:** MaryAnn Dillard <MDillard@lvnvlaw.com>
**Sent:** Friday, January 23, 2026 9:43 AM
**To:** Justin Corne <Justin@injured.vegas>; Joseph Meservy <JMeservy@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Allysa Chua <AChua@lvnvlaw.com>; Laura Bolduc <laura@injured.vegas>; Jasmin Stewart <Jasmin@injured.vegas>
**Subject:** RE: Poole v. Progressive | Corr. regarding outstanding production of evidence

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks

**MaryAnn Dillard|Paralegal**
barronpruitt.com|mdillard@lvnvlaw.com
p 702.870.3940|f 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031

Barron & Pruitt, LLP

**From:** Justin Corne [mailto:Justin@injured.vegas]
**Sent:** Friday, January 23, 2026 9:45 AM
**To:** MaryAnn Dillard <MDillard@lvnvlaw.com>; Joseph Meservy <JMeservy@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Allysa Chua <AChua@lvnvlaw.com>; Laura Bolduc <laura@injured.vegas>; Jasmin Stewart <Jasmin@injured.vegas>
**Subject:** RE: Poole v. Progressive | Corr. regarding outstanding production of evidence

Yes, 10:30 will work.
Thank you.


Best regards,

Justin

JUSTIN CORNE, ESQ.
OHLSON CORNE LLP

WE HAVE MOVED:
10100 W. CHARLESTON BLVD.
SUITE 110
LAS VEGAS, NEVADA 89135
702.982.0055 PHONE
702.982.0150 FAX
702.302.7600 MOBILE
JUSTIN@INJURED.VEGAS

**Confidentiality Notice**: This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any error of transmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

**If you have received this e-mail in error, please immediately:** (1) notify the sender by reply e-mail; (2) call our office at (702) 982-0055 to inform the sender of the error; and (3) destroy all copies of the original message, including ones on your computer system and all drives.

**From:** MaryAnn Dillard <MDillard@lvnvlaw.com>
**Sent:** Friday, January 23, 2026 9:41 AM
**To:** Justin Corne <Justin@injured.vegas>; Joseph Meservy <JMeservy@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Allysa Chua <AChua@lvnvlaw.com>; Laura Bolduc <laura@injured.vegas>; Jasmin Stewart <Jasmin@injured.vegas>
**Subject:** RE: Poole v. Progressive | Corr. regarding outstanding production of evidence

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Bill will give you a call around 10:30 am. If that time does not work, please let me know when you will be available.

**MaryAnn Dillard|Paralegal**
barronpruitt.com|mdillard@lvnvlaw.com
p 702.870.3940|f 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031
Barron & Pruitt, LLP

**From:** Justin Corne [mailto:Justin@injured.vegas]
**Sent:** Thursday, January 22, 2026 5:29 PM
**To:** Joseph Meservy <JMeservy@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** MaryAnn Dillard <MDillard@lvnvlaw.com>; Allysa Chua <AChua@lvnvlaw.com>; Laura Bolduc

<laura@injured.vegas>; Jasmin Stewart <Jasmin@injured.vegas>
**Subject:** Poole v. Progressive | Corr. regarding outstanding production of evidence

Counsel, please see the attached letter in advance of the hearing tomorrow. I am free before the hearing to address these issues.


Best regards,

Justin

JUSTIN CORNE, ESQ.
OHLSON CORNE LLP


WE HAVE MOVED:
10100 W. CHARLESTON BLVD.
SUITE 110
LAS VEGAS, NEVADA 89135
702.982.0055 PHONE
702.982.0150 FAX
702.302.7600 MOBILE
JUSTIN@INJURED.VEGAS

**Confidentiality Notice:** This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any error of transmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

**If you have received this e-mail in error, please immediately:** (1) notify the sender by reply e-mail; (2) call our office at (702) 982-0055 to inform the sender of the error; and (3) destroy all copies of the original message, including ones on your computer system and all drives.