**SAO**
BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
JASMIN N. STEWART, ESQ.
Nevada Bar No. 16008
**OHLSON CORNE LLP**
10100 W. Charleston Blvd., Suite 110
Las Vegas, NV  89135
(702) 982-0055 Phone
(702) 982-0150 Fax
EFILE@INJURED.VEGAS
*Attorneys for Plaintiff(s)*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH POOLE, as Individual Assignee of Rights of RENE ARGUELLES, JR.;<br><br>Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio Corporation; DOES 1 - 10, and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-01981-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HER REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL UNREDACTED CLAIMS NOTES FROM DEFENDANT PROGRESSIVE AND THE UNREDACTED FILE FROM KEATING LAW GROUP** |

Plaintiff ELIZABETH POOLE, and Defendant PROGRESSIVE DIRECT INSURANCE COMPANY, by and through their respective counsel, stipulate and agree as follows:

On February 5, 2026, Plaintiff filed her Motion to Compel the Unredacted Claims Notes from Defendant Progressive and the Unredacted File from Keating Law Group ("Motion") [ECF #52]. Defendants' filed their Opposition to the Motion on March 24, 2026, [ECF #63]. Plaintiff's Reply in Support of her Motion is currently due March 31, 2026. Counsel for Plaintiff was scheduled to be in Trial on another matter from March 30, 2026, through April 6, 2026. That trial was continued on Friday March 27, 2026 in the afternoon. Plaintiff needs sufficient time to review the Opposition

- 1 -

and respond to complete her Reply. As such, the parties have agreed to a 10-day extension for Plaintiff to file her Reply in Support of her Motion. The new due date for the Reply will be Friday, April 10, 2026.

This Stipulation is submitted in good faither and is not interposed for purposes of delay. This is the first request to extend the deadline for Plaintiff to file a Reply to Defendant's Opposition to Plaintiff's Motion.

**IT IS SO STIPULATED.**

DATED this 31st day of March, 2026.     DATED this 31st day of March, 2026.
**OHLSON CORNE LLP**     **BARRON & PRUITT, LLP**

*/s/ Justin Corne, Esq.*     */s/ William H. Pruitt, Esq.*

JUSTIN A. CORNE, ESQ.     WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 14504     Nevada Bar No. 6783
10100 W. Charleston Blvd., Ste. 110     3890 West Ann Road
Las Vegas, NV  89135     North Las Vegas, Nevada 89031
*Attorneys for Plaintiff(s)*     *Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: April 1, 2026

| | |
|---|---|
| **From:** | MaryAnn Dillard |
| **To:** | "Justin Corne"; Bill Pruitt |
| **Cc:** | Laura Bolduc |
| **Subject:** | RE: Poole v. Progressive |
| **Date:** | Tuesday, March 31, 2026 1:33:22 PM |
| **Attachments:** | image001.png |

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Bill gives permission for his e-signature to be used on this SAO.  Thanks,

**MaryAnn Dillard|Paralegal**
barronpruitt.com|mdillard@lvnvlaw.com
**p** 702.870.3940|**f** 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031

## Barron & Pruitt, LLP
### L A W Y E R S

---

**From:** Justin Corne [mailto:Justin@injured.vegas]
**Sent:** Tuesday, March 31, 2026 9:11 AM
**To:** MaryAnn Dillard <MDillard@lvnvlaw.com>; Bill Pruitt <BPruitt@lvnvlaw.com>
**Cc:** Laura Bolduc <laura@injured.vegas>
**Subject:** RE: Poole v. Progressive

Mary,

The trial I had was continued late Friday afternoon on Motion from the defense. I don't believe that I will need until 4/17 any longer, and do not want to misrepresent to the Court I will be in trial until April 6.  However, I am behind on work since I was preparing for trial for the last few weeks. I've revised the SAO to allow until 4/10 to file the Reply in Support. Please provide Bill's authority to submit the attached revised SAO.

I need to have this submitted today since the reply is due today.

Best regards,

Justin Corne, Esq.
Ohlson Corne LLP

We have moved:
10100 W. Charleston Blvd.
Suite 110
Las Vegas, Nevada 89135
702.982.0055 Phone
702.982.0150 Fax