**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH POOLE, as Individual Assignee of Rights of RENE ARGUELLES JR., <br><br> Plaintiff, <br><br> vs. <br><br> PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio Corporation; DOES 1-10, and ROE CORPORATIONS 1-10, inclusive, <br><br> Defendants. | Case No:        2:24-cv-01981-CDS-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR SUBMITTING DOCUMENTS FOR IN CAMERA REVIEW** <br> **(FIRST REQUEST)** |

Defendant Progressive Direct Insurance Company, by and through its attorneys of record, BARRON & PRUITT, LLP, and Plaintiff Elizabeth Poole, by and through her attorneys of record, OHLSON CORNE LLP, hereby agree and stipulate to extend the deadline for Defendant Progressive Direct Insurance Company to submit documents for an *in-camera review* as ordered at the April 13, 2026 hearing regarding Plaintiff's Motion to Compel (see Court minute order, Docket #69).

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

1

Plaintiff's Motion to Compel was heard at April 13, 2026.  At that hearing, Magistrate Judge Brenda Weksler ordered that documents be submitted for an *in-camera review* by April 30, 2026.  The parties have conducted the meet and confer as order by the court, but Defendant is requesting additional time to submit the agreed upon documents.  Additional time is needed as Defendant's counsel, William H. Pruitt, Esq., was out of the office due to a family emergency.  Additionally, the office of Keating Law Group has requested additional time to provide their privileged documents.  Plaintiff does not oppose Defendant Progressive Direct Insurance Company's request for an extension, up to and including May 7, 2026, to allow Defendant Progressive Direct Insurance Company to submit the documents for the *in-camera review*.

Dated this 30th day of April, 2026

BARRON & PRUITT, LLP


 /s/ *William H. Pruitt*
WILLIAM H. PRUITT, ESQ.
 Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

Dated this 30th day of April, 2026

OHLSON CORNE LLP


*/s/ Justin A. Corne*
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
10100 West Charleston Blvd., Suite 110
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*


**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:    May 1, 2026