**SAO**
BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
JASMIN N. STEWART, ESQ.
Nevada Bar No. 16008
**OHLSON CORNE LLP**
10100 W. Charleston Blvd., Suite 110
Las Vegas, NV  89135
(702) 982-0055 Phone
(702) 982-0150 Fax
EFILE@INJURED.VEGAS
*Attorneys for Plaintiff(s)*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH POOLE, as Individual Assignee of Rights of RENE ARGUELLES, JR.;<br><br>Plaintiffs<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio Corporation,<br><br>Defendant | CASE NO.: 2:24-cv-01981-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON REMAINING CAUSES OF ACTION [ECF NO. 75]**<br><br>[ECF No. 81] |

Plaintiff ELIZABETH POOLE and Defendant PROGRESSIVE DIRECT INSURANCE COMPANY, by and through their respective counsel, hereby stipulate and agree as follows:

On May 15, 2026, Defendant filed its Motion for Summary Judgment on Plaintiff's remaining causes of action for breach of contract (COA 1) and breach of the implied covenant of good faith and fair dealing (COA 2) [ECF No. 75] ("Motion"). Plaintiff's opposition is currently due on May 29, 2026.

Plaintiff's counsel is presently preparing for trial scheduled to commence June 8 through June 15, 2026, in the Eighth Judicial District Court, Department 20. This trial preparation substantially limits counsel's ability to complete Plaintiff's opposition by the current deadline.

In addition, Plaintiff's Motion to Compel was heard on April 13, 2026. The Court ordered Defendant to submit documents for in camera review by April 30, 2026. The Court subsequently entered its Order Granting in Part and Denying in Part Plaintiff's Motion to Compel [ECF No. 76], requiring Defendant to produce compelled documents by June 2, 2026.

The June 2 production deadline falls after the current May 29 deadline for Plaintiff's opposition. Plaintiff requires adequate time to review the compelled documents and assess their relevance to the Motion before preparing a complete and informed opposition. This review will necessarily occur while counsel is engaged in trial preparation.

Accordingly, the parties stipulate to extend Plaintiff's deadline to file her opposition to the Motion by thirty (30) days. The requested extension accounts for the timing of Defendant's document production, Plaintiff's counsel's trial schedule, and the time required to review newly produced materials and prepare a substantive response.

///

///

///

///

///

///

///

///

///

///

///

///

This Stipulation is made in good faith and not for purposes of delay. This is the first request to extend the deadline for Plaintiff to file her opposition to Defendant's Motion.

**IT IS SO STIPULATED.**

DATED this 1st day of June, 2026.          DATED this 1st day of June, 2026.
**OHLSON CORNE LLP**                        **BARRON & PRUITT, LLP**

*/s/ Justin Corne, Esq.*                    */s/ William H. Pruitt, Esq.*
JUSTIN A. CORNE, ESQ.                       WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 14504                        Nevada Bar No. 6783
10100 W. Charleston Blvd., Ste. 110         3890 West Ann Road
Las Vegas, NV 89135                         North Las Vegas, Nevada 89031
*Attorneys for Plaintiff(s)*                *Attorneys for Defendant*

## ORDER

**BASED UPON THE STIPULATION** of the parties, and with good cause appearing, the deadline for Plaintiff to file her Opposition to Defendant filed its Motion for Summary Judgment on Plaintiff's remaining causes of action for breach of contract (COA 1) and breach of the implied covenant of good faith and fair dealing (COA 2) [ECF No. 75] is extended to JUNE 29, 2026.

_____
UNITED STATES DISTRICT JUDGE

DATED:  June 2, 2026 _____