BROCK K. OHLSON, ESQ. Nevada
Bar No. 12262
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
JASMIN N. STEWART, ESQ.
Nevada Bar No. 16008
**OHLSON CORNE LLP**
10100 W. Charleston Blvd., Suite 110
Las Vegas, NV  89135
(702) 982-0055 Phone
(702) 982-0150 Fax
EFILE@INJURED.VEGAS
*Attorneys for Plaintiff(s)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH POOLE, as Individual Assignee of Rights of RENE ARGUELLES, JR.;<br><br>Plaintiffs<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio Corporation; DOES 1 - 10, and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendant | CASE NO.: 2:24-cv-01981-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON REMAINING CAUSES OF ACTION (SECOND REQUEST) [ECF NO. 75]**<br><br>[ECF No. 83] |

Plaintiff ELIZABETH POOLE and Defendant PROGRESSIVE DIRECT INSURANCE COMPANY, by and through their respective counsel, hereby stipulate and agree as follows:

On May 15, 2026, Defendant filed its Motion for Summary Judgment on Plaintiff's remaining causes of action for breach of contract (COA 1) and breach of the implied covenant of good faith and fair dealing (COA 2) [ECF No. 75] ("Motion"). Plaintiff's opposition is currently due on June 29, 2026.

The reason for the request extension is as follows:

Former Counsel for Mr. Arguelles, Lawrence Mittin advised on June 24, 2026 that the deposition of Mr. Arguelles would need to be changed because Mr. Arguelles now has a mandatory commitment requiring the rescheduling of his deposition. Follow-up correspondence from Mr. Mittin advised his office is no longer involved as Counsel for Mr. Arguelles, and that the parties are to contact Mr. Arguelles directly to reschedule his deposition. This deposition was set to go forward on June 30, 2026. Defendant and Plaintiff are currently attempting to reschedule the deposition for July 16 or 20 and are still awaiting Mr. Arguelles to confirm.

As the deposition of Mr. Arguelles is an integral part of Plaintiff's Opposition to Defendant's Motion for Summary Judgement on Remaining Causes of Action, Plaintiff requests her opposition deadline be continued to a date after the deposition of Mr. Arguelles has been set. The current due date for Plaintiff's opposition is June 29, 2026.  If the deposition goes forward after the submission of the opposition, Defendant will have the opportunity to include any testimony that supports its position on Summary Judgment and Plaintiff will not have a chance to reply. The parties discussed and have agreed to continue the opposition deadline until after the deposition transcript is available.

Additionally, the parties have a settlement conference set for July 14, 2026 and have agreed to schedule the deposition after that settlement conference.

Accordingly, the parties stipulate to extend Plaintiff's deadline to file her opposition to the Motion to July 31, 2026. The parties are optimistic that the requested extension accounts for the timing of Mr. Arguelles's continued deposition and the time required to prepare a substantive response.

///

///

///

///

///

///

This Stipulation is made in good faith and not for purposes of delay. This is the second request to extend the deadline for Plaintiff to file her opposition to Defendant's Motion.

**IT IS SO STIPULATED.**

DATED this 25th day of June, 2026.
**OHLSON CORNE LLP**

/s/ Justin Corne, Esq.
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
10100 W. Charleston Blvd., Ste. 110
Las Vegas, NV 89135
*Attorneys for Plaintiff(s)*

DATED this 25th day of June, 2026.
**BARRON & PRUITT, LLP**

/s/ William H. Pruitt, Esq.
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

## ORDER

**BASED UPON THE STIPULATION** of the parties, and with good cause appearing, the deadline for Plaintiff to file her Opposition to Defendant's Motion for Summary Judgment on Plaintiff's remaining causes of action for breach of contract (COA 1) and breach of the implied covenant of good faith and fair dealing (COA 2) [ECF No. 75] is extended to JULY 31, 2026.

_____
UNITED STATES DISTRICT JUDGE
DATED:___ June 29, 2026 ___