BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
JASMIN N. STEWART, ESQ.
Nevada Bar No. 16008
**OHLSON CORNE LLP**
10100 W. Charleston Blvd., Suite 110
Las Vegas, NV 89135
(702) 982-0055 Phone
(702) 982-0150 Fax
EFILE@INJURED.VEGAS
*Attorneys for Plaintiff(s)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ELIZABETH POOLE, as Individual Assignee of Rights of RENE ARGUELLES, JR.;

Plaintiffs

v.

PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio Corporation; DOES 1 - 10, and ROE CORPORATIONS 1-10, inclusive,

Defendant

CASE NO.: 2:24-cv-01981-CDS-BNW

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON REMAINING CAUSES OF ACTION (THIRD REQEST) [ECF NO. 75]**

[ECF No. 86]

Plaintiff ELIZABETH POOLE and Defendant PROGRESSIVE DIRECT INSURANCE COMPANY, by and through their respective counsel, hereby stipulate and agree as follows:

On May 15, 2026, Defendant filed its Motion for Summary Judgment on Plaintiff's remaining causes of action for breach of contract (COA 1) and breach of the implied covenant of good faith and fair dealing (COA 2) [ECF No. 75] ("Motion"). Plaintiff's opposition is currently due on July 31, 2026 (After prior extension to the filing deadline).

The reason for the request extension is as follows:

Former counsel for Mr. Arguelles, Lawrence Mittin, advised on June 24, 2026, that Mr. Arguelles's deposition would need to be rescheduled due to a mandatory commitment. Mr. Mittin later confirmed that his office no longer represents Mr. Arguelles and directed the parties to contact Mr. Arguelles directly to coordinate a new deposition date. The deposition, originally set for June 30, 2026, was rescheduled by the parties to July 21, 2026.

On July 17, 2026, however, Defendant's counsel informed Plaintiff and Mr. Arguelles that counsel was set for trial the week of July 20–24 and requested another continuance. Defendant proposed August 3, 10, 11, or 12 at 1:00 p.m., and served a notice vacating the deposition. The parties are now coordinating with Mr. Arguelles to confirm a mutually agreeable date.

Defendant acknowledged that this additional delay necessitates an extension of Plaintiff's deadline to oppose the Motion for Summary Judgment, and the parties agreed. Mr. Arguelles's deposition is integral to Plaintiff's opposition. Proceeding without it would prejudice Plaintiff, as Defendant could rely on deposition testimony in reply without affording Plaintiff an opportunity to respond. The parties therefore agreed that the opposition deadline should be extended until after the deposition transcript is available.

Accordingly, the parties stipulate to extend Plaintiff's deadline to file her opposition to August 31, 2026. The parties reasonably anticipate this extension will allow sufficient time to complete the deposition and prepare a substantive opposition.

This Stipulation is made in good faith and not for purposes of delay. This is the second request to extend the deadline for Plaintiff to file her opposition to Defendant's Motion.

**IT IS SO STIPULATED.**

DATED this 29th day of July, 2026.
**OHLSON CORNE LLP**

*/s/ Justin Corne, Esq.*

JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
10100 W. Charleston Blvd., Ste. 110
Las Vegas, NV 89135
*Attorneys for Plaintiff(s)*

DATED this 29th day of July, 2026.
**BARRON & PRUITT, LLP**

*/s/ William H. Pruitt, Esq.*

WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

**ORDER**

**BASED UPON THE STIPULATION** of the parties, and with good cause appearing, it is ordered that the deadline for Plaintiff to file her Opposition to Defendant filed its Motion for Summary Judgment on Plaintiff's remaining causes of action for breach of contract (COA 1) and breach of the implied covenant of good faith and fair dealing (COA 2) [ECF No. 75] is extended to August 31, 2026.

______________________________
UNITED STATES DISTRICT JUDGE

DATED: July 31, 2026