**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
E-Mail: bpruitt@lvnvlaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ELIZABETH POOLE, as Individual Assignee of Rights of RENE ARGUELLES JR.,

Plaintiff,

vs.

PROGRESSIVE DIRECT INSURANCE COMPANY, an Ohio Corporation; DOES 1-10, and ROE CORPORATIONS 1-10, inclusive,

Defendants.

Case No: 2:24-cv-01981-CDS-BNW

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF'S REMAINING CAUSES OF ACTION (DOCKET #75)**

[ECF No. 89]

Defendant Progressive Direct Insurance Company, by and through its attorneys of record, BARRON & PRUITT, LLP, and Plaintiff Elizabeth Poole, by and through her attorneys of record, OHLSON CORNE LLP, hereby agree and stipulate to extend the deadline for Defendant Progressive Direct Insurance Company to file its Reply in Support of Defendant's Motion for Summary Judgment Against Plaintiff's Remaining Causes of Action.

Defendant filed its Motion for Summary Judgment against Plaintiff's Remaining Causes of Action (Docket # 75) on May 15, 2026. Plaintiff filed her Opposition (Docket #88) on August 31, 2026. Currently, Defendant's Reply in Support of said motion is due by September 14, 2026. Defendants are requesting a 1 week extension, through September 21, 2026, to file its Reply.

///

///

///

///

///

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

Additional time is needed as Defendant's counsel, William H. Pruitt, Esq., was recently out of the office due to a residential move. Plaintiff does not oppose Defendant Progressive Direct Insurance Company's request for an extension, up to and including September 21, 2026, to allow Defendant Progressive Direct Insurance Company to file its Reply in Support of the Motion for Summary Judgment.

Dated this 14th day of September, 2026

BARRON & PRUITT, LLP

/s/ *William H. Pruitt*

WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

Dated this 14th day of September, 2026

OHLSON CORNE LLP

*/s/ Justin A. Corne*

JUSTIN A. CORNE, ESQ.
Nevada Bar No. 14504
10100 West Charleston Blvd., Suite 110
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: September 16, 2026

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950